IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS RAYMOND PHILLIPS, III,<br><br>Defendant. | Case No. 21-CR-197-JFH |

## OPINION AND ORDER

Before the Court is a pro se omnibus motion ("Motion") filed by Defendant Thomas Raymond Phillips ("Defendant"). Dkt. No. 232.

The Motion is drafted and signed by Defendant. However, the Court notes that Defendant is represented by counsel who has not signed the Motion. *See* Dkt. No. 84 (Paul Warren Gotcher entering appearance as Defendant's counsel). The Court need not consider a pro se filing when a defendant is represented by counsel who has not signed the document. *See, e.g., United States v. Sandoval-De Lao*, 283 F. App'x 621, 625 (10th Cir. 2008). This Order will be sent to counsel of record so that Defendant and his counsel may confer regarding a possible motion signed by counsel.

IT IS THEREFORE ORDERED that Defendant's pro se omnibus motion [Dkt. No. 232] is DENIED WITHOUT PREJUDICE.

Dated this 23rd day of October 2023.

JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE