IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 21-CR-197-JFH |
| THOMAS RAYMOND PHILLIPS, III, | |
| Defendant. | |

## OPINION AND ORDER

Before the Court is a motion for hearing and motion to dismiss or motion for judgment of acquittal ("Motion") filed by Defendant Thomas Raymond Phillips, III ("Defendant"). Dkt. No. 274.

The Motion is drafted and signed by Defendant. However, the Court notes that Defendant is represented by counsel who has not signed the Motion. *See* Dkt. No. 269; Dkt. No. 272 (Gabrielle Kolencik appointed as Defendant's counsel). The Court need not consider a pro se filing when a defendant is represented by counsel who has not signed the document. *See, e.g., United States v. Sandoval-De Lao*, 283 F. App'x 621, 625 (10th Cir. 2008). This Order will be sent to counsel of record so that Defendant and his counsel may confer regarding a possible motion signed by counsel.

IT IS THEREFORE ORDERED that Defendant's motion for hearing and motion to dismiss or motion for judgment of acquittal [Dkt. No. 274] is DENIED WITHOUT PREJUDICE.

Dated this 24th day of October 2024.

_____
JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE